UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

WILA B.V.,                                        Civil File No. 07-cv-2157 (MJD/SRN)

        Plaintiff,

v.                                              **STIPULATION OF DISMISSAL**

WILSON TOOL INTERNATIONAL,
INC.,

        Defendant.

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties through their respective attorneys, that all claims and counterclaims in the above-captioned case may be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a). Each party will bear its own costs.

Dated:  July 30, 2008                           DORSEY & WHITNEY LLP


                By s/ Paul J. Robbennolt _____
                  Paul J. Robbennolt (#240497)
                50 South Sixth Street, Suite 1500
                Minneapolis, MN 55402-1498
                Telephone:  612-340-2864
                Facsimile:  612-340-8856

                Richard L. Byrne
                Nathan J. Prepelka
                Kent E. Baldauf, Jr.
                The Webb Law Firm
                700 Koppers Building
                436 Seventh Avenue
                Pittsburgh, PA 15219
                Telephone:  412-471-8815
                Facsimile:  412-471-4094

                Attorneys for Plaintiff Wila B.V.


Dated:  July 30, 2008                           FREDRIKSON & BYRON, P.A.


                By s/S. Jamal Faleel _____
                  Kurt J. Niederluecke (#0271597)
                  S. Jamal Faleel (#320626)
                200 South Sixth Street, Ste. 4000
                Minneapolis, MN 55402
                Telephone: (612) 492-7000
                Facsimile: (612) 492-7077

                Attorneys for Defendant Wilson Tool
                International, Inc.