UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA


WILA B.V.,                                              Civil File No. 07-cv-2157 (MJD/SRN)

        Plaintiff,

v.                                                      **ORDER FOR DISMISSAL**

WILSON TOOL INTERNATIONAL,
INC.,

        Defendant.



      Based on the Stipulation of the Parties,

      **IT IS HEREBY ORDERED** that, pursuant to Federal Rule of Civil Procedure

41(a), all claims and counterclaims in the above-captioned case are hereby dismissed

with prejudice.  Each party will bear its own costs.

Dated:  July 31, 2008                          s/Michael J. Davis
                                     The Honorable Michael J. Davis
                                     Chief Judge
                                     United States District Court